# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 24-1004V

DENNIS E. OLSON, JR.,

                Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

                Respondent.

Chief Special Master Corcoran

Filed: June 20, 2025

*Timothy James Lessman, Knutson & Casey Law Firm, Mankato, MN, for Petitioner.*

*Christopher Pinto, U.S. Department of Justice, Washington, DC, for Respondent.*

## ORDER CONCLUDING PROCEEDINGS[1]

On June 12, 2025, the Petitioner filed a Stipulation of Dismissal in the above-captioned case. ECF No. 21.

Accordingly, pursuant to Vaccine Rule 21(a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

**IT IS SO ORDERED.**

                **s/Brian H. Corcoran**
                Brian H. Corcoran
                Chief Special Master

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.